## PRITCHARD v. ELIZABETH CITY

No. 450P86.

Case below: 81 N.C. App. 543.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986.

## RATCLIFF v. COUNTY OF BUNCOMBE

No. 415A86.

Case below: 81 N.C. App. 153.

Notice of appeal by plaintiff pursuant to G.S. 7A-30 dismissed 7 October 1986.

## RICE v. WOOD

No. 550P86.

Case below: 82 N.C. App. 318.

Petition by plaintiff (Patricia Baker Rice) for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986.

## SCHMOYER v. CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS

No. 435P86.

Case below: 81 N.C. App. 140.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986.

## SHERRILL v. TOWN OF WRIGHTSVILLE BEACH

No. 463P86.

Case below: 81 N.C. App. 369.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986. Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 7 October 1986.